AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Easter District of New York

| | |
|---|---|
| NEW RIVINGTON PROPERTIES LLC, and RIVINGTON HOUSE-THE NICHOLAS A. RANGO HEALTH CARE FACILITY d/b/a MANHATTAN CENTER FOR NURSING AND REHABILITATION<br><br>*Plaintiff(s)*<br>v.<br>EXECUTIVE RISK INDEMNITY INC. and CHUBB<br><br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) )<br><br>Civil Action No. 1:19-cv-00362 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Executive Risk Indemnity Inc. and Chubb
15 Mountain View Road
Warren, New Jersey 07059

Chubb
c/o North American Financial Lines Claims
82 Hopmeadow Street
Simsbury, CT 06070

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

MARGULIES and ASSOCIATES, PLLC
170 Old Country Road, Suite 307
Mineola, New York 11501
(212) 964-3400

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Douglas C. Palmer
*CLERK OF COURT*

Date:  1/24/2019

/s/Priscilla Bowens

*Signature of Clerk or Deputy Clerk*