UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NEW RIVINGTON PROPERTIES LLC, and
RIVINGTON, HOUSE-THE NICHOLAS A. RANGO
HEALTH CARE FACILITY d/b/a MANHATTAN
CENTER FOR NURSING AND REHABILITATION;
and ALPHA REHABILITATION SERVICES LLC,
ALLURE REHABILITATION SERVICES LLC and
ALLURE CARE MANAGEMENT LLC DBA THE
ALLURE GROUP; and JOEL LANDAU, SOLOMON
RUBIN and MARVIN RUBIN,

                     Plaintiffs,

   -against-

EXECUTIVE RISK INDEMNITY INC. and
CHUBB,
                    Defendants.
-----------------------------------------------------------------X

Action No.: 1:19-cv-00362

STIPULATION OF VOLUNTARY
DISMISSAL WITH PREJUDICE

FED. R. CIV. PROC. 41(a)(1)(A)(ii)

So Ordered.
/s/(ARR)

ALLYNE R. ROSS, U.S.D.J.

IT IS HEREBY STIPULATED AND AGREED, by and among all parties through the undersigned counsel, that in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure the action is dismissed with prejudice and without costs to any party.

Dated: New York, New York
       February 28, 2020

| Margulies and Associates | London Fischer LLP |
|---|---|
| By: _____<br>Robert Margulies, Esq.<br>Attorneys for Plaintiffs<br>170 Old Country Road, Suite 307<br>Mineola, New York 11501<br>T: (212) 964-3400<br>F: (212) 732-4064 | By: _____<br>Daniel W. London<br>Attorneys for Defendant Executive<br>Risk Indemnity Inc. a/s/h/a Chubb<br>59 Maiden Lane, 39th Floor<br>New York, New York 10038<br>T: (212) 331-9483<br>F: (212) 972-1030<br>E: dlondon@londonfischer.com |

{N1628968.2}